# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAMELA PORTER, | Case No. 2:20-cv-01899-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| THE VONS COMPANIES, INC., ET AL., | |
| Defendants. | |

This matter is before the Court on the parties' Proposed Joint Discovery Plan and Scheduling Order (ECF No. 11), filed on December 17, 2020. The parties request special scheduling review as they seek a longer discovery period of 240 days as measured from November 9, 2020, the date of the Rule 26(f) conference, rather than Defendant's first appearance. Despite having been given several opportunities to correct the deficiencies in their proposed plan, the Court finds that this third filing still fails to comply with Local Rule 26-1. The Court does not agree that a longer discovery period is warranted in this case and will enter the standard 180 days discovery period. However, it will permit a delayed start to measure from the date of this order. Additionally, the parties include a requested interim status report deadline, which was eliminated by the amendments to the current Local Rules so the Court will not approve that request.

IT IS THEREFORE ORDERED that the parties' Proposed Joint Discovery Plan and Scheduling Order (ECF No. 11) is **denied**.

IT IS FURTHER ORDERED that the following dates shall govern discovery - **with discovery to begin immediately**:

- Discovery cutoff: June 8, 2021
- Amend pleadings and add parties: March 10, 2021

- Expert disclosures: April 9, 2021
- Rebuttal expert disclosures: May 10, 2021
- Dispositive motions: July 8, 2021
- Joint pretrial order: August 9, 2021

IT IS FURTHER ORDERED that any subsequent motion or stipulation to extend discovery deadlines subject to the discovery plan and schedule order must comply with LR 26-3 and set forth good cause or excusable neglect for the requested extension.

DATED:  December 10, 2020.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE