Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
Attorneys for Defendant *The Vons Companies, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PAMELA PORTER,

                    Plaintiff,

vs.

THE VONS COMPANIES, INC.,

                    Defendant.

**2:20-cv-01899-GMN-DJA**

### STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

Plaintiff PAMELA PORTER, by and through her counsel Amber King, Esq. of BERNSTEIN & POISSON, and Defendant ALBERTSON'S LLC, by and through its counsel Jack P. Burden, Esq. of BACKUS, CARRANZA & BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

1

1        This stipulation is entered into in good faith, in the interests of judicial economy and not for

2    the purpose of delay.

3

4    DATED:_____SEPTEMBER 29_____, 2021.   DATED:_____SEPTEMBER 29_____, 2021.

5

6    **BACKUS, CARRANZA & BURDEN**          **BERNSTEIN & POISSON**

7

8    _____       _____/s/ Amber King_____
     Jack P. Burden, Esq.                   Scott L. Poisson, Esq.
9    3050 South Durango Drive               Amber King, Esq.
     Las Vegas, Nevada 89117                320 S. Jones Blvd.
10   (702) 872-5555                         Las Vegas, NV 89107
     (702) 872-5545                         T: (702) 877-4878
11   jburden@backuslaw.com                  F: (702) 256-6280
     *Attorneys for Defendant*              Jamie@Vegashurt.com
12   *Albertson's LLC*                      *Attorneys for Plaintiff*
                                            *Pamela Porter*
13

14

15                         **ORDER re 2:20-cv-01899-GMN-DJA**

16

17                         **IT IS SO ORDERED.**

18
                           Dated this  29  day of September, 2021
19

20

21                         _____
                           Gloria M. Navarro, District Judge
22                         UNITED STATES DISTRICT COURT

23   Respectfully Submitted,
     **BACKUS, CARRANZA & BURDEN**

24   By:_____
     Jack P. Burden, Esq.
25   3050 South Durango Drive
     Las Vegas, NV 89117
26   Attorneys for Defendant
     *Albertson's LLC*
27

28

                                    2

## Anne Raymundo

**From:** Amber King <amber@vegashurt.com>
**Sent:** Wednesday, September 29, 2021 10:19 AM
**To:** Nayely Jaramillo; Anne Raymundo
**Cc:** Perry Kleisas; Jack Burden
**Subject:** RE: Porter v Vons - settlement check

Anne,

After the exchange, you have my authority to use my e-signature for the stip and order to dismiss.

**From:** Nayely Jaramillo
**Sent:** Wednesday, September 29, 2021 10:18 AM
**To:** 'Anne Raymundo' <anneraymundo@backuslaw.com>
**Cc:** Amber King <amber@vegashurt.com>; Perry Kleisas <perry@vegashurt.com>; Jack Burden <jackburden@backuslaw.com>
**Subject:** RE: Porter v Vons - settlement check

Good Morning,

Our runner will stop by this morning to exchange release !

Thank you ☺

Nayely Jaramillo, Legal Assistant to
Amber N. King, Esq.
Bernstein & Poisson
320 South Jones Blvd.
Las Vegas, Nevada 89107
Phone (702) 877-4878, Ext. 339
Fax (702) 256-6280

**From:** Anne Raymundo [mailto:anneraymundo@backuslaw.com]
**Sent:** Tuesday, September 28, 2021 4:43 PM
**To:** Nayely Jaramillo <nayely@vegashurt.com>
**Subject:** RE: Porter v Vons - settlement check

We are here from 8-5 😎

Anne Raymundo, Legal Assistant to:
Jack P. Burden, Esq.,
Shea Backus, Esq.,
Jeremy Robins, Esq., and
Jacquelyn Franco, Esq.
BACKUS, CARRANZA & BURDEN
3050 South Durango Drive
Las Vegas, Nevada 89117
702-872-5555
702-872-5545

1